

475 Atlantic Avenue, 3rd Floor
Brooklyn, NY 11217
P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

Hon. Joan M. Azrack                                    September 16, 2014
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY  11201


RE:    Kochilas et al v. National Merchant Services et al
       14-CV-311(SLT)(JMA)


Your Honor,


I have been plaintiffs' counsel in the above referenced matter.  This is a request, pursuant to Local Rule 1.4, for leave to withdraw from representation of plaintiffs Ebony Copeland and Nicole Lee, who have both retained the Law Office of Christopher Q. Davis, PLLP, to represent them in the matter.

The case is currently in discovery, and this firm is asserting a retaining and a charging lien.

I was previously relieved of representation of Plaintiff Marianne Kochilas.



Sincerely Yours,

*[signature]*

Andrew B. Stoll (AS8808)
Stoll, Glickman & Bellina L.L.P.